Joel R. Comfort, WSBA #31477
Kenneth A. Miller, WSBA #10946
Miller, Mertens & Comfort, PLLC
1020 N. Center Parkway, Suite B
Kennewick, WA 99336
Telephone: (509) 374-4200
**Attorneys for Plaintiff**

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DANA HERRON and VALERIE HERRON, husband and wife, and the marital community composed thereof,

Plaintiff,

v.

POLARIS INDUSTRIES, INC., a Delaware Corporation

Defendants.

NO. 4:24-cv-5084

PLAINTIFF'S FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiffs Dana Herron and Valerie Herron, through counsel, files this Complaint against Defendant Polaris Industries, Inc. and alleges as follows:

## PARTIES

1.    Plaintiffs Dana Herron and Valerie Herron, are husband and wife, and at all relevant times were residents of Franklin County, Washington and are citizens of the State of Washington.

PLAINTIFF'S FIRST AMENDED COMPLAINT
AND DEMAND FOR JURY TRIAL- 1

**Miller, Mertens & Comfort PLLC**
1020 North Center Parkway, Suite B
Kennewick, Washington 99336
(509) 374-4200

2.    Defendant Polaris Industries, Inc. ("Polaris") is a Delaware Corporation with its principal place of business in Medina, Minnesota.

## JURISDICTION AND VENUE

3.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and because there is diversity of citizenship of the parties.

4.    This Court has personal jurisdiction over Defendant because at all times relevant to this suit Defendant conducted business within the State of Washington, including the marketing and sales of utility-task vehicles ("UTV's") in the State of Washington directly and through a dealership network.

5.    Venue in this court is proper pursuant to 28 U.S.C. § 1391(b)(2) as a substantial part of the events giving rise to this claim occurred in this district.

## FACTS

6.    Polaris is a company that designs, develops, manufactures, assembles, markets, distributes and sells outdoor recreational vehicles, including utility task vehicles, throughout the United States, including in the State of Washington.

PLAINTIFF'S FIRST AMENDED COMPLAINT
AND DEMAND FOR JURY TRIAL- 2

**Miller, Mertens & Comfort PLLC**
1020 North Center Parkway, Suite B
Kennewick, Washington 99336
(509) 374-4200

7. On or about September 9, 2021, Dana and Valerie Herron purchased a 2021 Polaris Ranger 1000 Premium ("Ranger") (VIN #4XATAE997M8396046).

8. On July 21, 2022, Dana Herron was operating his Ranger on his property in Franklin County, Washington.

9. Dana was driving the Ranger eastbound on the gravel driveway in front of his house, and intended to turn the vehicle southbound to drive toward his house.

10. Dana removed his foot from the throttle pedal with the intent of slowing the Ranger to make the turn. However, the Ranger failed to decelerate despite the throttle pedal no longer being pushed.

11. The unexpected functioning of the vehicle and the speed caused by the malfunctioning throttle caused Dana to lose control of the vehicle, and resulted in the Ranger colliding with a tree adjacent to the driveway.

12. The collision resulted in Dana suffering severe, permanent and disabling injuries.

13. Dana suffered a traumatic spinal cord injury resulting in lower body paralysis, and he is now confined to a wheelchair.

PLAINTIFF'S FIRST AMENDED COMPLAINT
AND DEMAND FOR JURY TRIAL- 3

**Miller, Mertens & Comfort PLLC**
1020 North Center Parkway, Suite B
Kennewick, Washington 99336
(509) 374-4200

14. On or about March 4, 2021, Polaris issued an "Off-Road Product Safety Recall" for a throttle pedal defect for certain model year 2020-2021 Ranger 1000 vehicles.

15. On or about December 16, 2021, Polaris issued an "Off-Road Product Safety Recall", (recall number R-21-09-A) expanding the previously issued recall to include the Herron's Ranger. (VIN #4XATAE997M8396046).

16. Polaris described the defect thusly, "the throttle pedal can return to the idle position more slowly than anticipated once the pedal is released or stick in the depressed position, posing a crash hazard."

17. On or about December 17, 2021, Polaris reported that over 104,000 vehicles were affected, and that they had received 279 reports of throttle pedals returning to the idle position slowly or sticking, and 19 reports of vehicle crashes, resulting in multiple injuries.

18. The Ranger operated by Dana on July 21, 2022, is subject to the recall and, as of July 21, 2022, had not been repaired according to Polaris's Off-Road Vehicle Safety Recall website database.

19. Dana was unaware of the product recall at the time of the July 21, 2022, collision.

20. The Ranger Dana operated on July 21, 2022, was designed, manufactured, assembled, marketed, and distributed by Polaris and sold by an

PLAINTIFF'S FIRST AMENDED COMPLAINT
AND DEMAND FOR JURY TRIAL- 4

**Miller, Mertens & Comfort PLLC**
1020 North Center Parkway, Suite B
Kennewick, Washington 99336
(509) 374-4200

authorized Polaris dealer with a defective throttle pedal that either returned to the idle position more slowly than anticipated once the operator released the pedal, or stuck in a depressed position after the operator released the pedal.

21.    This defect caused a lack of control in the Ranger Dana was operating on July 21, 2022, resulting in injury to him.

22.    As a direct and proximate result of the Herron's Ranger's defective throttle pedal, Dana sustained severe, permanent and disabling injuries and damages, including but not limited to: severe physical, mental and emotional injuries; past, present and future pain and suffering; past, present and future mental and emotional distress; permanent impairment and paralysis, lack of mobility without a wheelchair and bodily disfigurement. As a result of his injuries, Dana has incurred, and will continue to incur, significant expenses for medical treatment and care.

23.    As a direct and proximate result of the Ranger's defective throttle pedal, Dana has sustained damages in the form of lost earnings, and a loss in earning capacity.

24.    As a direct and proximate result of the Ranger's defective throttle pedal, the Plaintiffs have sustained damages in the form of loss of consortium.

PLAINTIFF'S FIRST AMENDED COMPLAINT
AND DEMAND FOR JURY TRIAL- 5

**Miller, Mertens & Comfort PLLC**
1020 North Center Parkway, Suite B
Kennewick, Washington 99336
(509) 374-4200

## FIRST CAUSE OF ACTION

## NEGLIGENCE

25.     The Plaintiffs restate the preceding paragraphs of this Complaint as though fully set forth herein.

26.     At all relevant times, Polaris had a duty to exercise the amount of care in its design, manufacture, testing, and inspection of utility task vehicles, including the Herron's Ranger, that a reasonably careful manufacturer would use in similar circumstances to avoid exposing others, including Dana, to a foreseeable risk of harm.

27.      Polaris's duty included incorporating such design, manufacture, testing, inspection, and safety measures as were necessary to prevent the throttle pedal from returning to the idle position more slowly than anticipated once the operator released the pedal or sticking in a depressed position after the operator released the pedal.

28.     At all times relevant to this action, Polaris knew or reasonably should have known that the 2020-2021 models of Ranger 1000 utility-task vehicles, including the Herron's Ranger, were defective and potential harm was likely and foreseeable when used as directed and as designed.

PLAINTIFF'S FIRST AMENDED COMPLAINT
AND DEMAND FOR JURY TRIAL- 6

**Miller, Mertens & Comfort PLLC**
1020 North Center Parkway, Suite B
Kennewick, Washington 99336
(509) 374-4200

29.     Based on the known events, established by the Off-Road Product Safety Recall and otherwise, Polaris breached its duty and was otherwise negligent, including, but not limited to, in one or more of the following respects:

a.     In designing and manufacturing the 2020-2021 models of Ranger 1000 utility-task vehicles, including the Herron's Ranger, with defective throttle pedals that returned to the idle position more slowly than anticipated once the operator released the pedal or stuck in a depressed position after the operator released the pedal.

b.     In failing to design and manufacture the 2020-2021 models of Ranger utility-task vehicles, including the Herron's Ranger, in a way that fairly meets the uses for which they were directed, designed, and reasonably anticipated.

c.     In failing to conduct the research, tests, and inspections necessary to determine that the throttle pedals were defective in that they returned to the idle position more slowly than anticipated once the operator released the pedal or stuck in a depressed position after the operator released the pedal.

d.     In failing to conduct the research, tests, and inspections necessary to determine that the use of the 2020-2021 models of Ranger 1000 utility-task vehicles, including the Herron's Ranger, were

PLAINTIFF'S FIRST AMENDED COMPLAINT
AND DEMAND FOR JURY TRIAL- 7

**Miller, Mertens & Comfort PLLC**
1020 North Center Parkway, Suite B
Kennewick, Washington 99336
(509) 374-4200

dangerous to consumers and users, including Dana, when being used as directed, designed, and reasonably anticipated.

e.    In failing to give adequate warning, both before and after purchase, to consumers and users, including Dana, of known or reasonably anticipated dangers of the 2020-2021 models of Ranger 1000 utility-task vehicles, including the Herron's Ranger, when such injuries were reasonably anticipated if an adequate warning was not given.

30.    As a direct and proximate result of Polaris's negligence, Dana sustained damages, including but not limited to: severe physical, mental and emotional injuries; past, present and future pain and suffering; past, present and future mental and emotional distress; permanent impairment and paralysis; lack of mobility without a wheelchair; bodily disfigurement; lost earnings; and loss of earning capacity. As a result of his injuries, Dana has incurred, and will continue to incur, significant expenses for medical treatment and care.

## SECOND CAUSE OF ACTION

## STRICT PRODUCT LIABILITY (RCW 7.72.030)

31.    The Plaintiffs restate the preceding paragraphs of the Complaint as though fully set forth herein.

PLAINTIFF'S FIRST AMENDED COMPLAINT
AND DEMAND FOR JURY TRIAL- 8

**Miller, Mertens & Comfort PLLC**
1020 North Center Parkway, Suite B
Kennewick, Washington 99336
(509) 374-4200

32.    At all relevant times, Polaris engaged in the business of manufacturing, producing, assembling, and selling utility-task vehicles like and including the one Dana was operating at the time of his injury.

33.    Polaris designed, manufactured, assembled, marketed, and distributed the defective Ranger.

34.    The Ranger was designed and expected to be used by consumers and users, including Dana, to perform the types of activities in which Dana was engaged at the time of the incident.

35.    The Ranger was in a defective condition and unreasonably dangerous to users and consumers, including Dana, because it was not reasonably fit for its ordinary and reasonably foreseeable purposes for which it was sold, manufactured, and expected to be used.

36.    The Ranger was defective when it left Polaris' custody and control and was expected to, and did, reach Dana without a substantial unforeseeable change in the condition the Ranger was in when it left Polaris' control.

37.    Polaris could have designed, developed, and manufactured the Ranger so that the throttle pedal returned to the idle position as would anticipated once the operator released the pedal.

PLAINTIFF'S FIRST AMENDED COMPLAINT
AND DEMAND FOR JURY TRIAL- 9

**Miller, Mertens & Comfort PLLC**
1020 North Center Parkway, Suite B
Kennewick, Washington 99336
(509) 374-4200

38.    Polaris could have designed, developed, and manufactured the Ranger so that the throttle pedal did not stick in a depressed position after the operator released the pedal.

39.    Polaris's failure to design, develop, and manufacture the Ranger to decelerate when the throttle pedal is released renders the Ranger not reasonably safe for its ordinary and reasonably foreseeable purposes for which it was sold, manufactured, and expected to be used.

40.    Pursuant to RCW 7.72.030(2), a product manufacturer is subject to strict liability to a claimant if the claimant's harm was proximately caused by the fact that the product was not reasonably safe in construction or not reasonably safe because it did not conform to the manufacturer's express warranty or to the implied warranties under Title 62A RCW.

41.    The Herron's Ranger was not reasonably safe in construction because it materially deviated from the design specifications or performance standards of Polaris.

42.    The Herron's Ranger was not reasonably safe in construction because it materially deviated from otherwise identical units of the same product line.

PLAINTIFF'S FIRST AMENDED COMPLAINT
AND DEMAND FOR JURY TRIAL- 10

**Miller, Mertens & Comfort PLLC**
1020 North Center Parkway, Suite B
Kennewick, Washington 99336
(509) 374-4200

43.     Polaris expressly warranted against defects in material and workmanship. Polaris breached their express warranty by delivering a defective product to Herron.

44.     Polaris further breached their implied warranty of merchantability in that the Ranger was not fit for the ordinary purpose in which it is used.

45.     As a direct and proximate result of the Ranger's defective condition, Dana sustained damages, including but not limited to: severe physical, mental and emotional injuries; past, present and future pain and suffering; past, present and future mental and emotional distress; permanent impairment and paralysis; lack of mobility without a wheelchair; bodily disfigurement; lost wages; and loss of earning capacity. As a result of his injuries, Dana has incurred, and will continue to incur, significant expenses for medical treatment and care.

46.     Polaris is strictly liable to Dana for all injuries and damages he sustained as a result of the Ranger's defective condition.

### THIRD CAUSE OF ACTION

### LOSS OF CONSORTIUM

47.     The Plaintiffs restate the preceding paragraphs of the Complaint as though fully set forth herein.

PLAINTIFF'S FIRST AMENDED COMPLAINT
AND DEMAND FOR JURY TRIAL- 11

**Miller, Mertens & Comfort PLLC**
1020 North Center Parkway, Suite B
Kennewick, Washington 99336
(509) 374-4200

48.    At the time of the accident the Plaintiffs were married. Plaintiffs continue to be married.

49.    As a result of the wrongful and negligent acts of the Defendant, the Plaintiffs were caused to suffer, and will continue to suffer in the future, loss of consortium, loss of society, affection, and assistance, all to the detriment of their marital relationship.

## **PRAYER FOR RELIEF**

Wherefore, Plaintiffs pray for judgment against Defendant for general and special damages as follows:

1.    For general and other damages, including damages for pain and suffering, emotional distress, disability, disfigurement, loss of enjoyment of life, and loss of consortium all in amounts to be proven at the time of trial;

2.    For special damages including, but not limited to, past and future medical expenses, lost earnings, future economic loss, lost earning capacity, out-of-pocket expenses and such other special damages, all in amounts to be proven at the time of trial;

3.    For prejudgment interest;

4.    For plaintiff's costs and disbursements incurred herein; and

5.    All other relief in law or equity the Court deems appropriate.

**Miller, Mertens & Comfort PLLC**
1020 North Center Parkway, Suite B
Kennewick, Washington 99336
(509) 374-4200

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury on all issues that are so triable.

DATED this <u>10th</u> day of October, 2024.

MILLER MERTENS & COMFORT, PLLC

By:   /s/ *Joel R. Comfort*
       Joel R. Comfort     WSBA #31477
       Attorney for Plaintiffs
       Miller, Mertens & Comfort, PLLC
       1020 N. Center Pkwy, Suite B
       Kennewick, WA 99335
       (509) 374-4200
       jcomfort@mmclegal.net

By:   /s/ *Kenneth A. Miller*
       Kenneth A. Miller WSBA #10946
       Attorney for Plaintiffs
       Miller, Mertens & Comfort, PLLC
       1020 N. Center Pkwy, Suite B
       Kennewick, WA 99335
       (509) 374-4200
       kmiller@mmclegal.net

PLAINTIFF'S FIRST AMENDED COMPLAINT
AND DEMAND FOR JURY TRIAL- 13

**Miller, Mertens & Comfort PLLC**
1020 North Center Parkway, Suite B
Kennewick, Washington 99336
(509) 374-4200

# CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Clifford S. Davidson, Attorney for Defendants:

csdavidson@swlaw.com

Lea K. Schneider, Attorney for Defendants:

lschneider@swlaw.com

s/    *Joel R. Comfort*

Joel R. Comfort, WSBA #31477
Miller, Mertens & Comfort, PLLC
1020 North Center Parkway, Suite B
Kennewick, Washington 99336
Telephone: (509)374-4200
Fax: (509)374-4229
Email: jcomfort@mmclegal.net

PLAINTIFF'S FIRST AMENDED COMPLAINT
AND DEMAND FOR JURY TRIAL- 14

**Miller, Mertens & Comfort PLLC**
1020 North Center Parkway, Suite B
Kennewick, Washington 99336
(509) 374-4200