FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 25, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANA HERRON and VALERIE HERRON, husband and wife, and the marital community composed thereof,<br><br>Plaintiffs,<br><br>v.<br><br>POLARIS, INC. a Delaware Corporation, also known as POLARIS INDUSTRIES INC.,<br><br>Defendant. | No. 4:24-cv-05084-RLP<br><br>ORDER DENYING STIPULATED PROTECTIVE ORDER |

Before the Court is the parties' Stipulated Protective Order, ECF No. 19. The parties seek a protective order to protect the confidentiality of documents and other tangible things pertaining to Defendant Polaris, Inc.'s development, design, testing, and engineering analysis.

ORDER DENYING STIPULATED PROTECTIVE ORDER * 1

The parties ask the Court to sign a Protective Order that was drafted and agreed to by the parties. It is this Court's preference to not enter general Protective Orders that simply set forth the parties' agreement for handling "confidential" materials. The parties are free to contract between themselves regarding disclosure of information produced in discovery and pursue appropriate remedies in the event of breach; however, the Court will not be party to such an agreement. If the parties wish to file specific items of discovery in the court record and protect such items from public access, the Court will entertain a motion to seal or an application for a narrowly tailored protective order.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The parties' Stipulated Protective Order, **ECF No. 19**, is **DENIED**.

The District Court Executive is directed to enter this Order and forward copies to the parties.

DATED February 25, 2025.

_____
Rebecca L. Pennell
United States District Judge

ORDER DENYING STIPULATED PROTECTIVE ORDER * 2