HON. REBECCA L. PENNELL

Joel R. Comfort, WSBA #31477
Kenneth A. Miller, WSBA #10946
Miller, Mertens & Comfort, PLLC
1020 N. Center Parkway, Suite B
Kennewick, WA 99336
Telephone: (509) 374-4200
***Attorneys for Plaintiff***

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| DANA HERRON and VALERIE HERRON, husband and wife, and the marital community composed thereof, | NO.  4:24-cv-5084 |
|---|---|
| Plaintiff, | STIPULATION TO DISMISS |
| v. | |
| POLARIS INDUSTRIES, INC. | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their respective counsel that the above-entitled action is voluntarily dismissed, with prejudice, and without costs awarded to either party. The parties respectfully request that the court enter an order of dismissal as set forth herein.

STIPULATION TO DISMISS - 1

**Miller, Mertens & Comfort PLLC**
1020 North Center Parkway, Suite B
Kennewick, Washington 99336
(509) 374-4200

DATED this 30th day of June, 2026.

MILLER MERTENS & COMFORT, PLLC

By:    /s/ Joel R. Comfort
Joel R. Comfort    WSBA #31477
Kenneth A. Miller  WSBA #10946
Attorney for Plaintiffs
1020 North Center Parkway, Suite B
Kennewick, Washington 99336
Telephone: (509)374-4200
Fax: (509)374-4229
jcomfort@mmclegal.net
kmiller@mmclegal.net

SNELL & WILMER L.L.P.

By:    /s/ Lea K. Schneider
Clifford S. Davidson, WSBA 48313
Lea K. Schneider, WSBA 56471
Attorneys for Defendant
600 University Street, Suite 310
Seattle, WA 98101
(206) 741-1420
csdavidson@swlaw.com
lschneider@swlaw.com

STIPULATION TO DISMISS - 2

**Miller, Mertens & Comfort PLLC**
1020 North Center Parkway, Suite B
Kennewick, Washington 99336
(509) 374-4200

## CERTIFICATE OF SERVICE

I hereby certify that on June 30th, 2026, I filed the foregoing with the Clerk of the Court, and emailed it to the following:

Clifford S. Davidson, Attorney for Defendant:

csdavidson@swlaw.com

Lea K. Schneider, Attorney for Defendant:

lschneider@swlaw.com

Hyonsoon Kim, Attorney for Defendant:

hyongsoonkim@mofo.com

Ashley E. Quinn, Attorney for Defendant

aquinn@mofo.com

/s/ *Joel R. Comfort*
Joel R. Comfort, WSBA #31477
Miller, Mertens & Comfort, PLLC
1020 North Center Parkway, Suite B
Kennewick, Washington 99336
Telephone: (509)374-4200
Fax: (509)374-4229
Email: jcomfort@mmclegal.net

STIPULATION TO DISMISS - 3

**Miller, Mertens & Comfort PLLC**
1020 North Center Parkway, Suite B
Kennewick, Washington 99336
(509) 374-4200