FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 01, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANA HERRON and VALERIE HERRON, husband and wife, and the marital community composed thereof,<br><br>Plaintiffs,<br><br>v.<br><br>POLARIS INDUSTRIES, INC.,<br><br>Defendant. | NO. 4:24-CV-05084-RLP<br><br>ORDER ON STIPULATION TO DISMISS |

Before the Court is the parties' Stipulation to Dismiss, ECF No. 86. The parties stipulate to the dismissal of this action, with prejudice and without an award of attorneys' fees or costs to any party. Pursuant to FRCP 41(a)(1)(A)(ii), a plaintiff may dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared. The stipulation is signed by all parties who have appeared.

Accordingly, **IT IS ORDERED**:

1. The parties' Stipulation to Dismiss, **ECF No. 86** is **GRANTED**.

ORDER ON STIPULATION TO DISMISS * 1

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all remaining claims are **DISMISSED** with prejudice, without an award of fees or costs.

3. All pending motions are **DENIED as moot**.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, close the file, and provide copies to the parties.

DATED July 1, 2026.

_____
REBECCA L. PENNELL
United States District Judge

ORDER ON STIPULATION TO DISMISS * 2